Date: 04/27/11        DIVIDENDS REMITTED TO THE COURT     *152273*    Page: 1

Case Number 10-13838 - ALLEN, AMANDA R.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Roundup Funding, LLC** <br> MS 550 <br> PO Box 91121 <br> Seattle, WA 98111-9221 | 000001 | 90.41 | 4.78 |
| Remittance Total | | 90.41 | 4.78 |

*ck 104*

_____
LAUREN A. HELBLING, Trustee